The STATE OF TEXAS

VS

Johnny Eugene DAVIS SR.

TDCJ # 1923674
CCA No. PD-0128-15
COA NO. 11-14-00112CR

Re:

Petition For writ of
CERTIORANI

FILED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

I Johnny Eugene Davis sr do hereby Petition the Court of Criminal
of Criminal appeals Of Texas or whom it may concern to Re-Review
all evidence ( ~~physical~~ physical, Biological medical Documentations
also any and all video interviews pertaining to the said above
cause no's. as you will discover there is no physical evidence
in this offense that will without a doubt Prove without
reasonable doubt that I either alone or Jointly ( Darline
Davis) other suspect interviewed in this criminal matter
also the defense attorney intentionally withheld information
Pertaining to a recent medical diagnoses of victim
by victims Personal Primary Physician on 9-18-13
he was transported to this Doctor's appointment by his Biological
Grandmother (who also was appointed as tempory guardian of the
victim) the Grandmothers name is Linda Reid there is also
Documentation of insurance ( Medicaid)

or sanctioned by person in authority

Chapter 8:47 Statements induced by Promises-Texas voluntariness standard and Promises - influences suspect to confess untruthfully (which is the issue of this writ) Chapter 8:48 statements induced by deception

Chapter 8:61 warnings required - law enforcement must advise a suspect has/her miranda right warnings

If they are not Provided a resulting confession must be excluded simply because they were not Provided the video interview will provide failure of such rule to be followed art 38.21 statement must have Been given by suspect was voluntarily made without compulsion or Persuasion - Detective) Jeremy Hamscher " get over here - by defendant (myself) - "no my hip hurts" Detective - "If you tell me what you did I will tell the SA this was an accident" Defendant - "If I did it" I can see myself cutting (victim) with my fingernails"

after they have completed business hours

I "retrieve" metal items (scrap purposes) tools
(business that is closed and under construction for
Property Re-sale) both Dollar General businesses
Oak St. and Hwy 180 E- also Freeze Carpets
(Aluminium Cans metal objects scrap metal items)
also the courts using (used) medical Illness (mental)
to Convict (sentence) to TDCJ his wife states that
he has Explosive Personality Disorder (Bi-polar)
diagnosed (MHMR) weatherford Texas which he admits
He has which leaves him prone to anger and violence
we feel that it is in the best interest of the community
that he be the sentenced to the institutional division
of TDCJ also using speculation as to why offense
was committed "Based on the evidence the only conclusion
that I can come up with is that he was angry with the
child for whatever reasons whether he was angry with the
child for whatever reasons whether it was because He dirtied
his diaper or Because He wasn't being still

I also stated to my attorney defense that my miranda warnings were not read and he stated that they didn't have to be.

I never got to view entire interview in it's entirety due to poor wifi signal and was briefly shown documentation (photo only) but was not presented with _all_ evidence in his case.

I pray for mercy upon the courts I am a indigent offender and can not afford legal counsel to consult with about these violations "confession" and lack of physical evidence and physical evidence do not match completely

John Doe Sr.

Pray for the Courts to have a medical Professional view my video interview and Re-Exam the injury. Also the courts allowed numerous statements into evidence by state witness

Continue Jones 1. he woke up jumping on the bed
2. Presumed he fell off the Bed and hurt himself.
3. had been treating injury since Saturday (8·31·13) morning
4. there was nobody at the residence except for her, defendant and victim
5. defendant did not tell her he caused injury
6. Conversation with defendant
7. he is the only one who could have done it

I Pray for the courts to Re Exam this case the evidence (Physical Biological) lack of witnesses violations of codes rules (Miranda warnings failure to read) confession made due to persuasion